**Steven D. DERR, Appellant,**

v.

**Richard KING, Director of Revenue, Respondent.**

**No. WD 34994.**

Missouri Court of Appeals, Western District.

March 6, 1984.

Joseph A. Morrey, St. Joseph, for appellant.

Albert A. Riederer, Prosecuting Atty., Jackson County by Robert Frager, Asst. Pros. Atty., Kansas City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

## ORDER

PER CURIAM

Appeal from an order denying petition to set aside a revocation of driver's license for refusal to submit to a breathalyzer test. § 577.041, RSMo Supp.1982.

Judgment affirmed. Rule 84.16(b).

All concur.